**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------- --------------------------X
**KENNETH J. H,**                              :
                                                :       **CIVIL ACTION NO.:**
             Plaintiff,           :       **6:21-CV-00324-DNH-ATB**
                                                :
  – against –                              :       **CONSENT ORDER FOR PAYMENT OF**
                                                :       **ATTORNEY FEES UNDER THE**
**KILOLO KIJAKAZI, ACTING**                      :       **EQUAL ACCESS TO JUSTICE ACT**
**COMMISSIONER OF SOCIAL SECURITY,**             :
                                                :
             Defendant.          :
----------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of nine-thousand four hundred fifty nine dollars and sixty five cents ($9,459.65) , and four hundred and two dollars ($402.00) in costs.

      The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

      **AND,** the Court having reviewed the record in this matter;

      **IT IS** on this  22nd  day of August        , 2022;

      **ORDERED** that Plaintiff be awarded fees and expenses in the amount of $9,459.65 and $402.00 in costs under EAJA, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney; and

**It Is Further Ordered** that the within matter is dismissed with prejudice.

_____
Hon. David N. Hurd
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: August 19, 2022

| | |
|---|---|
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security | Kenneth J. H█████, Plaintiff |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman,<br>United States Attorney | |
| /s/ James Nagelberg[1]<br>James Nagelberg<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-2395<br>James.Nagelberg@ssa.gov | /s/ John W. DeHaan<br>John W. DeHaan. Esq.<br>**The DeHaan Law Firm, P.C.**<br>300 Rabro Drive East<br>Suite 101<br>Hauppauge, NY 11788<br>(631) 582-1200<br>jdehaan@dehaan-law.com |

---

[1] Signed by Attorney John DeHaan with Attorney James Nagelberg's permission, provided via e-mail on August 19, 2022.